UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
SAJ DISTRIBUTORS, INC.                                     :
                                                           :
 and                                                       :
                                                           :
STEPHEN L. LaFRANCE HOLDINGS, INC.,                        :
Individually and on behalf of all others similarly         :
situated,                                                  :
                                                           :
         Plaintiffs,                                       :
                                                           :
v.                                                         :   Civil Action No: 2:05CV2459 (CKK)
                                                           :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                           :
III, LTD.                                                  :
100 Enterprise Drive                                       :   **JURY TRIAL DEMANDED**
Rockaway, N.J. 07866-2129                                  :
                                                           :
WARNER CHILCOTT CORPORATION                                :
100 Enterprise Drive                                       :
Rockaway, N.J. 07866-2129                                  :
                                                           :
WARNER CHILCOTT (US) INC.                                  :
100 Enterprise Drive                                       :
Rockaway, N.J. 07866-2129                                  :
                                                           :
GALEN (CHEMICALS) LTD.                                     :
Unit 4 Burton Hall Pk.                                     :
Sandyford Industrial Estate                                :
Foxrock, Ireland,                                          :
                                                           :
 and                                                       :
                                                           :
BARR PHARMACEUTICALS, INC.                                 :
2 Quaker Road, P.O. Box 2900                               :
Pomona, N.Y. 10970-0519                                    :
                                                           :
         Defendants.                                       :
                                                           x
----------------------------------------------------------

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Kevin J. Arquit hereby gives notice of his entry of appearance

on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott

Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

January 6, 2006

                                      Respectfully submitted,

By:   /s/
                                      Kevin J. Arquit, #438511
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Counsel for Defendants*

2