IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAJ DISTRIBUTORS, INC., and<br>STEPHEN L. LaFRANCE HOLDINGS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD.; WARNER CHILCOTT<br>CORPORATION; WARNER CHILCOTT (US)<br>INC.; GALEN (CHEMICALS) LTD.; and<br>BARR PHARMACEUTICALS, INC.,<br><br>    Defendants. | Civ. Action No. 1:05-CV-02459-CKK |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Barr Pharmaceuticals, Inc., certify that to the best of my knowledge and belief, Barr Pharmaceuticals, Inc. does not have any parent companies, subsidiaries or affiliates which have outstanding securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

Date:  March 8, 2006

Respectfully submitted,

_____
Karen N. Walker
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel. (202) 879-5000
Fax (202) 879-5200

*Counsel of Record for Defendant Barr Pharmaceuticals, Inc.*