IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAJ DISTRIBUTORS, INC. AND STEPHEN L. LAFRANCE HOLDINGS, INC., | C.A. No. 1:05CV02459 |
| Plaintiffs, | |
| V. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (U.S.) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICLS, INC. | |
| Defendants. | |

## MOTION FOR ADMISSIONS *PRO HAC VICE*

Undersigned counsel, a member in good standing of the Bar of this Court, pursuant to LCvR 83.2(c), respectfully requests this Court to permit Dianne M. Nast, Steven L. O'Donnell, and Erin C. Burns, of RodaNast, P.C., all non-members of the Bar of this Court, to participate in the Court proceedings in this matter *pro hac vice* as counsel for Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc.

In support of this Motion, attached as Exhibits 1-3 are the Declarations of Dianne M. Nast, Steven L. O'Donnell, and Erin C. Burns in compliance with LCvR 83(d).

Dated: April 3, 2006

Respectfully submitted,

/s/
Linda P. Nussbaum (D.C. Bar No. 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
(212) 838-7797
(212) 838-7745 facsimile