# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAJ DISTRIBUTORS, INC. AND STEPHEN L. LAFRANCE HOLDINGS, INC., | C.A. No. 1:05CV02459 |
| Plaintiffs, | |
| V. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (U.S.) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICLS, INC. | |
| Defendants. | |

### DECLARATION OF DIANNE M. NAST
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Dianne M. Nast declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am one of counsel for Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc. in this action.

2. I am a senior shareholder of RodaNast, P.C. This firm maintains a law office at 801 Estelle Drive, Lancaster, Pennsylvania 17601. The telephone number is (717) 892-3000.

3. I am a member in good standing of the Bar of the Supreme Court of Pennsylvania. I am admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey and the following courts: the United States Supreme Court, the Third Circuit Court of Appeals, the Fifth Circuit Court of Appeals, the Sixth Circuit Court of

Appeals, the Seventh Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, the District of New Jersey, the Eastern District of Pennsylvania, the District of Arizona, and the Western District of Michigan.

4.  I hereby certify that I have never been disciplined by any bar.

5.  I have been admitted *pro hac vice* before this Honorable Court within the past two years in the *In re Children's Ibuprofen Oral Suspension Antitrust Litigation* (C.A. No. 1:04-mc-00535) on January 27, 2005.

6.  I do not have an office in the District of Columbia, nor do I have an application for membership in the District of Columbia bar pending.

Under penalty of perjury I do so declare.

Dated: March 27, 2006

Dianne M. Nast

2