# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAJ DISTRIBUTORS, INC. AND STEPHEN L. LAFRANCE HOLDINGS, INC., <br><br> Plaintiffs, <br><br> V. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (U.S.) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICLS, INC. <br><br> Defendants. | C.A. No. 1:05CV02459 |

### DECLARATION OF ERIN C. BURNS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Erin C. Burns declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am one of counsel for Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc. in this action.

2. I am counsel with RodaNast, P.C. This firm maintains a law office at 801 Estelle Drive, Lancaster, Pennsylvania 17601. The telephone number is (717) 892-3000.

3. I am a member in good standing of the Bar of the Supreme Court of Pennsylvania. I am admitted to practice in the Commonwealth of Pennsylvania, the Eastern District of Pennsylvania, and the United States Court of Appeals for the District of Columbia.

4. I hereby certify that I have never been disciplined by any bar.

5.  I have been admitted *pro hac vice* before this Honorable Court within the past two years in the *In re Children's Ibuprofen Oral Suspension Antitrust Litigation* (C.A. No. 1:04-mc-00535) on January 27, 2005.

6.  I do not have an office in the District of Columbia, nor do I have an application for membership in the District of Columbia bar pending.

Under penalty of perjury I do so declare.

Dated: March 28, 2006

Erin C. Burns

2