IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAJ DISTRIBUTORS, INC. AND STEPHEN L. LAFRANCE HOLDINGS, INC., | C.A. No. 1:05CV02459 |
| Plaintiffs, | |
| V. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (U.S.) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICLS, INC. | |
| Defendants. | |

## MOTION FOR ADMISSIONS *PRO HAC VICE*

Undersigned counsel, a member in good standing of the Bar of this Court, pursuant to LCvR 83.2(c), respectfully requests this Court to permit Daniel E. Gustafson, of Gustafson Gluek PLLC, a non-member of the Bar of this Court, to participate in the Court proceedings in this matter *pro hac vice* as counsel for Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc.

In support of this Motion, attached as Exhibit 1 is the Declaration of Daniel E. Gustafson in compliance with LCvR 83(d).

Dated: April 3, 2006

                    Respectfully submitted,

                    _____/s/_____
                    Linda P. Nussbaum (D.C. Bar No. 483254)
                    COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
                    150 East 52nd Street, Thirtieth Floor
                    New York, New York 10022
                    (212) 838-7797
                    (212) 838-7745 facsimile