# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAJ DISTRIBUTORS, INC. AND STEPHEN L. LAFRANCE HOLDINGS, INC., | : : C.A. No. 1:05CV02459 |
| Plaintiffs, | : |
| V. | : |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (U.S.) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICLS, INC. | : : : : : |
| Defendants. | : |

## DECLARATION OF DANIEL E. GUSTAFSON
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Daniel E. Gustafson declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am counsel for Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc. in this action.

2. I am a senior shareholder of Gustafson Gluek PLLC and maintain my law office at 650 Northstar East, 608 Second Avenue South, Minneapolis, Minnesota 55402. My telephone number is (612) 333-8844.

3. I am a member in good standing of the Bar of the Supreme Court of Minnesota. I am admitted to practice in the following courts: the United States Supreme Court, the Eleventh Circuit Court of Appeals and the Eighth Circuit Court of Appeals.

4. I hereby certify that I have never been disciplined by any bar; that I have

not been admitted pro hac vice before this Honorable Court in the past two years; that I do not have an office in the District of Columbia, nor do I have an application for membership in the District of Columbia bar pending.

5. I do not have an office in the District of Columbia, nor do I have an application for membership in the District of Columbia bar pending.

Under penalty of perjury I do so declare.

Dated: March 20, 2006

_____
Daniel E. Gustafson

5402                                              2