IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAJ DISTRIBUTORS, INC. and STEPHEN L. LaFRANCE HOLDINGS, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | No. 05 Civ. 2459 (CKK)<br><br>JURY TRIAL DEMANDED |

### PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

On April 14, 2006, Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc. joined in filing an Amended Class Action Complaint in *Meijer, Inc., et al. v. Warner Chilcott Holdings Company III, Ltd., et al.*, No. 05 Civ. 2195 (CKK) [docket # 30]. Because it is no longer necessary to maintain this action, Plaintiffs hereby move the Court for an order dismissing this case pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: April 20, 2006

        Respectfully submitted,

        _____/s/_____
        Dianne M. Nast
        RodaNast, P.C.
        801 Estelle Drive
        Lancaster, PA 17601
        Tel: (717) 892-3000
        Fax: (717) 892-1200

        Michael D. Hausfeld (D.C. Bar No. 153742)
        Linda P. Nussbaum (D.C. Bar No. 483254)
        COHEN, MILSTEIN, HAUSFELD & TOLL
        P.L.L.C.
        1100 New York Avenue, N.W.
        Suite 500, West Tower
        Washington, DC  20005
        Tel: (202) 408-4600
        Fax: (202) 408-4699

        ***Counsel for Plaintiffs SAJ Distributors, Inc.***
        ***and Stephen L. LaFrance Holdings, Inc.***